UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.  08-60029-CR-DIMITROULEAS

    Plaintiff,

vs.

ALFREDO HYNDS,

    Defendant.
_____/

**O R D E R**

THIS CAUSE came before the Court upon Defendant's May 9, 2008 Motion to Return Personal Property. [DE-36].  The Court deferred ruling and has now received a response from the Government. [DE-38].  The Motion to Return Personal Property [DE-36] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of May, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Harry Wallace, AUSA
Robert Berube, AFPD